

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00098-CV

**IN THE INTEREST OF J.F.R.R.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-1807-CV-E
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED July 2, 2025.

_____
Adrian A. Spears II, Justice